

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 22, 2013**

_____
**United States Bankruptcy Judge**

_____

PLOD 0013.000751B

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
**RICHARD GARCIA**            CASE NO: 13-70333-HDH-13
                              DATED: November 20, 2013
**PAT CHAVIS GARCIA**         HEARING DATE: NOVEMBER 20, 2013
                              HEARING TIME: 10:00 A.M.

---

**ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN**

---

     Came to be heard the Debtors, RICHARD GARCIA and PAT CHAVIS GARCIA, Confirmation of Final Plan in the above captioned case. A hearing to consider the confirmation of that plan was held on NOVEMBER 20, 2013, and it appearing to the Court that the plan filed SEPTEMBER 24, 2013 does not comply with 11 U.S.C. 1325.

     It is therefore ORDERED that the confirmation of the plan is denied.

                         # # #  End of Order # # #

/s/ Walter O'Cheskey
_____
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424